UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Michelle F.,[1] <br><br> Plaintiff, <br><br> v. <br><br> Frank Bisignano, *Commissioner of Social Security*, <br><br> Defendant. | Case No. 24-CV-02797 (JMB/SGE) <br><br> ORDER |

James H. Greeman, Greeman Toomey, Minneapolis, MN, for Plaintiff Michelle F.

Anna H. Voss, United States Attorney's Office, Minneapolis, MN, and James D. Sides, Molly Barry, and Sophie Doroba, Social Security Administration, Baltimore, MD, for Defendant Frank Bisignano.

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate Judge Shannon G. Elkins dated July 31, 2025. (Doc. No. 14.) The R&R recommends that Michelle F.'s request for relief be denied and the Commissioner's decision to deny benefits be upheld. Neither party has objected to the R&R, and the time to do so has now passed. *See* D. Minn. L.R. 72.2(b)(1).

In the absence of timely objections, the Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-

---

[1] This District has adopted a policy of using only the first name and last initial of any non-governmental party on orders in Social Security matters.

captioned matter, IT IS HEREBY ORDERED THAT:

1. The R&R (Doc. No. 14) is ADOPTED.

2. The Court dismisses this action without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 28, 2025 /s/ *Jeffrey M. Bryan*
Judge Jeffrey M. Bryan
United States District Court